**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 92 MM 2017
:
Respondent :
:
:
:
v. :
:
:
:
DURANT J. JOHNSON, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2017, the Petition for Leave to File for Reconsideration *Nunc Pro Tunc* is **DENIED**.